UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA MARCIANO,

                    Plaintiff(s),

            v.

NBCUNIVERSAL MEDIA LLC,

                    Defendant(s).

23-CV-8127 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 5, 2024, the Defendant filed a Motion to Dismiss in this case.  ECF No. 13.
On January 10, 2024, Plaintiff's counsel called Chambers requesting a briefing schedule.

The parties are advised that unless otherwise ordered by the Court, all deadlines outlined
by the Local Rules of the United States District Courts for the Southern and Eastern Districts of
New York ("Local Rules") shall apply.  As relevant here, the Local Rules state that "any
opposing . . . memoranda shall be served within **fourteen days** after service of the moving
papers, and [] any reply . . . shall be served within **seven days** after service of the answering
papers."  Local Civ. R. 6.1(b) (emphases added).  Accordingly, the parties' deadlines are as
follows:

- Plaintiff's Opposition: **January 19, 2024**

- Defendant's Reply: **January 26, 2024**

The parties are further advised that the Local Rules are available at the following URL:
https://www.nysd.uscourts.gov/sites/default/files/local_rules/2021-10-
15%20Joint%20Local%20Rules.pdf.

SO ORDERED.

Dated: January 10, 2024
New York, New York

DALE E. HO
United States District Judge