**MEMO ENDORSED**

# Lieb at Law, P.C.

308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com

Email: info@liebatlaw.com

January 17, 2024

**VIA ECF**
The Honorable Dale E. Ho, U.S.D.J
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 905
New York, NY 10007

Application GRANTED.  Plaintiff's Opposition shall be filed by **February 2, 2024**.  Defendant's Reply shall be filed by **February 16, 2024**.

SO ORDERED.  The Clerk of Court is respectfully requested to terminate ECF No. 19.

> Re:  **Samantha Marciano v. NBCUniversal Media, LLC**
> **Docket No.: 23-CV-8127 (DEH)**

Dale E. Ho
United States District Judge
New York, New York
Dated: January 18, 2024

Dear Judge Ho:

This firm represents Plaintiff, Samantha Marciano, in the above referenced matter. On January 5, 2024, Defendant, NBCUniversal Media LLC, filed a Motion to Dismiss in this matter. Per Your Honor's Order dated January 10, 2024, Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on January 19, 2024, and Defendant's Reply is currently due on January 26, 2024. We respectfully request that the current deadlines be extended as follows:

1. Plaintiff's Opposition due February 2, 2024
2. Defendant's Reply due February 16, 2024.

This is the first request for an extension of time for Plaintiff to file her Opposition to Defendant's Motion to Dismiss and for Defendant to Reply to the same. The reason for the adjournment is that Plaintiff's counsel has scheduling conflicts and needs more time to prepare our opposition. Defendant has provided consent to this request for an extension. There is currently no scheduled appearance before this Court. As such, we respectfully request that the current deadlines be extended.

We thank the Court for its consideration.

Respectfully submitted,
LIEB AT LAW, P.C.,
*Attorneys for Plaintiff*

Mordy Yankovich, Esq.